My name is Sherman Kemp ID #42967-037. This letter is to notify the court that I am being transferred due to my dire medical situation to a medical facility in OakdAle, Losiana.

My address is no longer FCI Three Rivers, Texas. Please use the FBOP locator because I'm unsure on how long it will take for me to get to the OakdAle thru Transit. I will write the courts when I arrive at the institution.

Regards,

Sherman Kemp ID #42967-037

FILED
LOGGED
ENTERED
RECEIVED
SEP 26 2022
AT
CLERK U.S.
DISTRI[illegible]
DEPUTY

Sherman Kemp #42967037
FCI Three Rivers
P.O. Box 4200
Three River, TX 78071

BALTIMORE MD 212
23 SEP 2022 PM 7 L

LOVE FOREVER USA

FILED ENTERED
LOGGED RECEIVED

SEP 26 2022

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

Office of The Clerk
District Court of Maryland
40 101 W. Lombard St
Baltimore, MD 21201

JFM-07-295

21201-260599